# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRIAN LAVERGNE

NO. 2024 KW 0745

**SEPTEMBER 5, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-01580.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

    **WRIT GRANTED IN PART AND DENIED IN PART.** The trial court's June 25, 2024 ruling denying the State's April 9, 2024 notice of intent to use other crimes evidence to show motive is reversed. Louisiana Code of Evidence article 404(B)(1)(a) allows evidence of other crimes, wrongs, or acts to be offered when the evidence shows motive. However, "[a]lthough relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, or waste of time." La. Code Evid. art. 403. In this case, the trial court abused its discretion by finding the defendant's January 18, 2021 arrest was more prejudicial than probative. The evidence of the defendant's January 18, 2021 arrest for possession of drugs for which he blamed one of the victims demonstrates the defendant's motive for the murder of that victim and her boyfriend in the instant case, and therefore, is more probative than prejudicial. Accordingly, this matter is remanded to the trial court for further proceedings consistent with this ruling. With respect to the State's July 1, 2024 notice of intent, the writ application is denied.

                             **PMc**
                             **JEW**

    **Lanier, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT